■ In the Matter of FIGUEROA v NEWMAN. [679 NYS2d 810] —Writ of habeas corpus denied (*see,* CPL 520.20 [3]). Mazzarelli, J.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ANDREA S. DUN, Admitted in 1982, at a Term of the Appellate Division, Second Department. [679 NYS2d 565] —Motion granted to the extent of reinstating respondent as an attorney and counselor-at-law in the State of New York, effective October 22, 1998, and otherwise denied. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See,* 240 AD2d 106.]